AO 91 (Rev. 11/11) Criminal Complaint (K. Nair authorizing)      C&W 19-105

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Samuel Meeker<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) ) | Case No. 19-1441 |

**FILED**
AUG 22 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 9, 2019__ in the county of __Lehigh__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code Section 875(c). | On or about August 9, 2019, in Allentown, Lehigh County, in the Eastern District of Pennsylvania, defendant Samuel Meeker knowingly, with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, transmitted in interstate commerce a communication to the Lehigh County Law Department, and the communication contained a threat to injure another, specifically, a person affiliated with the Lehigh County Law Department, all in violation of Title 18, United States Code, Section 875(c). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Thomas D. Neeson, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 08/22/2019

_____
_Judge's signature_

City and state: Allentown, PA     The Hon. Henry S. Perkin, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT OF PROBABLE CAUSE

I, Thomas D. Neeson, being first duly sworn, hereby depose and state as follows:

1. I, Thomas D. Neeson, am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, Allentown Resident Agency (ARA), and have been employed as an SA for approximately 24 years. During this time, I have investigated a multitude of federal criminal cases, including the interstate transportation of stolen property, interstate transportation in aid of racketeering, mail and wire fraud, and weapons and drug offenses. As a Federal Agent, I am authorized to investigate violations of laws of the United States, which include interstate communication of threats, and execute search warrants under the authority of the United States.

2. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other investigators assigned to the FBI, and other law enforcement agencies, from my discussions with witnesses involved in the investigation, and from my review of records and reports relating to the investigation. The statements in this Affidavit are based in part on information received personally during my investigation of this matter as well as information obtained by other law enforcement personnel. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

3. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging Samuel Meeker (also referred to as Meeker in this affidavit), with a violation of Title 18, United States Code, Section 875(c) (interstate communication of threats).

4. Samuel Meeker, a/k/a "Samuel S. Meeker", a/k/a "Samuel Neeker," has a date of birth of            , social security number            , FBI Number of 721585CD9,

and a Pennsylvania State Identification number of 329-80-18-0. Meeker is currently assigned Pennsylvania Driver's License Number 25969820, with a listed address of 4638 Spruce Street, Rear Apt., Philadelphia, Pennsylvania.

## *Probable Cause to Arrest*

### July 22, 2019 – Call from Samuel Meeker using (646) 574-7222 to the Lehigh County Law Department

5. On July 22, 2019, the Lehigh County Law Department, located at 17 South 7th Street, Allentown, Pennsylvania, received a voicemail from an individual who identified himself as Samuel Meeker, and who left a call back phone number of (646) 574-7222. During this voicemail message, Meeker stated the message was to the County Solicitor, whom I have identified and will refer to as "Victim #1." Law enforcement officials transcribed the entire following voicemail message as left by the person whom identified himself as Samuel Meeker:

> ***Samuel Meeker****: Yes, um, this message is, uh, to the, uh, County Solicitor, uh, from Samuel [U/I] Meeker. I'm, I'm threatening to sue (stutters) and I do that with, with, with great regret. I mean it's, it's unfortunate that the City of Allentown is continuing to harbor Person #1 [name redacted for purpose of this affidavit], uh, who, who murdered my father, uh, in a conspiracy with Person #2, Person #3 [names redacted for purpose of this affidavit]. Uh, that, uh, healthcare power of attorney that was used to withdraw life sustaining fluids, uh, is in the possession of the Morning Call, uh, and Person #4 [name redacted for purpose of this affidavit] of the Lehigh Valley Live. Um, I have supplied them with a number of documents that, uh, provides, uh, everyone public the chance to explore my theory and that theory is very simple, that my father was kidnapped, robbed, and murdered and the Counties of Lehigh and Northampton are accessories because they aided and abetted, uh, in the execution of this scheme, uh, with official, uh, actions and, and, and, and support from, uh, County officials. So, with that said sir, uh, I'm going to f\*cking destroy your county unless, uh, arrests are made and the settlement is offered. I mean it's that simple. I mean, I hope you guys really understand, that like I am a reasonable guy, ok, whose father has been murdered. So what that does is it makes me very angry, ok, I'm not threatening anyone's lives, I'm threatening your livelihoods. Uh, your lives, uh, you know, are in, uh, God's hands, and you know (laughing) I have no control over that, right? So, with that said, uh, I would like Person #1, uh, Person #2 and Person #3 arrested. I would like the Allentown Police Department to stop harassing me and calling me. I have an attorney. A member, a Captain of the west side district just called*

*me and threatened me. He left a voicemail, uh, when he has no right to contact me and I have an attorney. I'm not wanted for questioning in any matter and he's not advising me that my father's been, that my father's murderer has been arrested. So he's harassing me, that's my position. Uh, I've tried to file a criminal report with the Allentown Police Department. They refused to take my report over the phone. So, in that instance, I'm advising you, uh, uh, uh, of your liabilities, uh, I'm threatening to sue, uh, and, you know, uh, if you continue to advise these people in the way that you have and lead them down the path that you have led them, um guess what? You're all going to get f\*cked and you can quote me on that. Have a good day. My number is 646-574-7 Triple 2 (646-574-7222). But I would call the Morning Call and ask them to see the goods, because, they got 'em.*

### August 9, 2019 – Call from Samuel Meeker to the Lehigh County Law Department

6.      On August 9, 2019, the Lehigh County Law Department received a voicemail message from an individual who identified himself as Samuel Meeker. Meeker did not leave a call back number during this message. During this call and voicemail message, Meeker specifically referred to Victim #1. Law enforcement officials transcribed the entire following voicemail message as left by the person whom identified himself as Samuel Meeker:

> **Samuel Meeker:** *Yes, (clears throat) Solicitor \*\*\*\*\* [Meeker stated the actual last name of Victim #1, which I have redacted from this affidavit], this message is from Mr. Samuel Meeker. Um, I wanted to, um, (clears throat) advise you of, you know, the seriousness of this matter. Uh, of my total and complete contempt for the County of Lehigh. For my desire for the County of Lehigh to be (stutters) swept from the map, erased from history… totally destroyed. I mean, absolutely, I mean genocide. The entire County of Lehigh, I desire to not exist. Because the entire County of Lehigh is a corrupt klepto state. It's a piece of sh\*t, and you represent them. So you better tell your piece of sh\*t clients, your f\*cking inbred motherf\*cker clients. They better pay the f\*ck up. Because if they don't pay the f\*ck up, I'M COMING THE F\*CK DOWN THERE! AND I'M COMING THE F\*CK DOWN THERE AND I'M F\*CKING KICKING BUTTS! AND IT BEGINS WITH YOU! MAKE ME A FAIR OFFER B\*TCH!*

7.      When Lehigh County Law Department received and listened to the voicemail message, a member of the department contacted the Lehigh County District Attorney's Office. Lehigh County Detective Richard Heffelfinger responded and conducted an initial investigation

in the threats made by Meeker to Victim #1, who stated that s/he feared for his/her life based upon the threats made by Meeker during this call.

8. On August 9, 2019, Detective Heffelfinger obtained an arrest warrant for Meeker for Pennsylvania charges of Misdemeanor First Degree Terroristic Threats and Misdemeanor Third Degree Harassment by Communication.

### August 15, 2019 – United States Marshals arrest Meeker at the Subject Premises

9. On August 15, 2019, the United States Marshal Service Fugitive Task Force ("USMS Fugitive Task Force") was requested to assist in locating and apprehending Meeker on the arrest warrant obtained by Lehigh County Detective Heffelfinger, along with a Northampton County Probation/Parole arrest warrant issued by Northampton County following the charges filed by Detective Heffelfinger.

10. On the same date, members of the USMS Fugitive Task Force conducted surveillance of 4638 Spruce Street, Rear Apt., Philadelphia, Pennsylvania. Members of the USMS Fugitive Task Force, through independent interviews, learned Meeker was observed entering this location approximately one half hour prior to the USMS Fugitive Task Force arriving at the location. Members of the USMS Fugitive Task Force attempted to make contact with Meeker to serve the arrest warrant. Upon making initial contact with Meeker, he attempted to secure the door of his apartment and barricade himself inside. Members of the USMS Fugitive Task Force forced entry into Meeker's apartment and took Meeker into custody without further incident. During Meeker's detention and transportation, USMS Deputy Marshal Nik Hannevig, who had previously listened to the voicemail messages described above, positively identified Meeker's voice as the same person who left the voicemail message for Victim #1.

4

## *Conclusion*

11. Based on the information above, I have concluded there is probable cause to believe that Samuel Meeker has committed the crime of interstate communication of threats, in Lehigh County, in the Eastern District of Pennsylvania, in violation of 18 U.S.C. § 875(c).

Thomas D. Neeson
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me this the 21 day of August, 2019

HONORABLE HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE